UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-MJ-6283-PAB

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                                  **NOTICE OF TEMPORARY**
                                                    **APPEARANCE AS COUNSEL**

Daniel Lozano

                    Defendant.
_____ /

COMES NOW David Donet, Jr. of Donet, McMillan & Trontz Pa and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David A. Donet, Jr.

Counsel's Signature: _____

Address (include City/State/Zip Code):

100 Almeria Ave
Suite 230
Coral Gables, FL 33134

Telephone: 305-444-0030          Florida Bar Number: 128910

Date: 5/21/26