# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D**                     Date: 05/28/2026                     Time: 10:00AM

Defendant: **Daniel Lozano**          J#: **64967-512**     Case #: **26-MJ-6283-AUGUSTIN-BIRCH**

AUSA: **Corey O'Neal**                          Attorney: **David Donet, Jr (Temp)**

Violation: Production of Child Pornography/Distribution, and Receipt of Child Pornography/Possession of Child Pornography/ Coercion and Enticement.

Proceeding: Preliminary Examination/ Detention Hearing          CJA Appt:

Bond/PTD Held: ○ Yes   ● No          Recommended Bond:

Bond Set at:                                        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol/drugs
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses/
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Deft present in court with counsel. Hearing Held. Government proceeds by Proffer. Agent Geffery Hannon Present. Agent sworn and testified in open court. Defense counsel direct examined the Agent, and the Government crossed the Agent. Government and Defense do oral arguments. Defense proffer for bond. Government ore tenus Motion for Detention is GRANTED. Court Orders Defendant Detained pending trial Order to follow. Court finds Probable Cause.

---

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:  06/5/2026 @ 11:00 AM DUTY JUDGE FTL

PTD/Bond Hearing:

Prelim/**Arraign** or Removal:  6/5/2026 @ 11:00 am DUTY JUDGE FTL

Extradition hearing:

D.A.R.  12:25:34-13:04:32                          Time in Court:  32 Minutes

**CHECK IF APPLICABLE: __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**