# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D**                Date:6/5/2026                Time: 11:00 AM

Defendant:**Daniel Lozano**          J#: **64967-512**     Case #: **26-MJ-6283-Augustin-Birch**

AUSA: **Corey O'Neal**                    Attorney: **Robert David Malove (Permanent)**

Violation: Production of Child Pornography/Distribution and Receipt of Child Pornography/Possession of Child Pornography/Coercion and Enticement.

Proceeding: Report Re: Counsel/Arraignment            CJA Appt:

Bond/PTD Held: ○ Yes  ◉ No        Recommended Bond:

Bond Set at:                                          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol/drugs

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses/

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:  English

**Disposition:**

Defendant Present in court with counsel. Joint ore tenus motion to continue  arraignment is Granted. The time from today until 6/26/2026 is excluded from the speedy trial.

---

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/**Arraign** or Removal:   **6/26/2026 @ 11:00 AM DUTY FTL**

Extradition hearing:

D.A.R.  11:50:13-11:55:29                           Time in Court: 5 Minutes

**CHECK IF APPLICABLE: _X_For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including 6/26/2026____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**